IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC )
v. )  Civil Action No.
RC COMPONENTS, INC. )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of __Anne T. Sulton__ to represent __RiMMax Wheels, LLC__ in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number)  Kester I.H. Crosse (#638)
(Movant's Address)  1214 King Street, Suite 300, Wilmington, DE  19801
(Movant's Telephone Number)  302-652-3141

Attorney for: __RiMMax Wheels, LLC__

Date: __1/12/2006__

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____  _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Wisconsin *__ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ ~~to the Clerk's~~ Office upon the filing of this motion.  *also Colorado

Signed: _____  Anne T. Sulton

Date: __1/12/2006__

(Applicant's Address)  Sulton Law Offices, P.O. Box 2763, Olympia, WA 985
Telephone: 609-468-6029