

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
## ELECTRONIC NOTICING REGISTRATION FORM
### FOR ATTORNEYS ADMITTED PRO HAC VICE

Instructions: Once admitted (Pro Hac Vice motion has been granted), an attorney may register for *electronic noticing* in CM/ECF. Once you submit this form (signed original) to the Clerk of Court, your name and e-mail noticing address will appear on the docket, associated with your local counsel.

**(Please Print or Type all information)**

PRO HAC VICE GRANTED IN: CASE # _____
(Case Type & Number, e.g.., CA 04-123 SLR)
DOCKET ITEM # & DATE OF ORDER GRANTING PRO HAC VICE: _____
NAME(S) OF PARTY(IES) REPRESENTED: RiMMax Wheels, LLC
DATE $25.00 ANNUAL PRO HAC VICE FEE PAID: _____    RECEIPT # _____
(IF KNOWN)
Internet E-Mail Address: annesulton@comcast.net
(Please print clearly and include complete e-mail address)

Last Name: Sulton                                Generation: (e.g., Jr., Sr.) _____
First Name: Anne                                 Middle Initial: T.
Firm's Name: Sulton Law Offices
Address: P.O. Box 2763
City: Olympia            State: WA     Zip Code: 98507
Type of Practice:  ☒ Civil   ☐ Criminal   Do you have a PACER Account? ☒ Yes  ☐ No
Phone No.: (609) 468-6029      FAX No.: _____

An attorney admitted pro hac vice who desires to be electronically noticed by ECF, must complete and sign an Electronic Noticing Registration Form on a case-by-case basis. The attorney may retrieve documents electronically through PACER and will receive system-generated notices of electronic filings, however, this will NOT allow for documents to be FILED electronically. Also, as a participating attorney, you must promptly notify the Clerk's office if there is a change in your personal data, such as name or e-mail address, or termination of involvement in the case.

_[Signature]_                                    1/12/2006
Signature                                        Date

Submit completed registration form to:    **COURT USE ONLY**:    (ECF Pro Hac Vice Reg. Form - Rev. 5/05)

Clerk                                     DATE REGISTRATION FORM RECEIVED: _____
U.S. District Court for the District of Delaware
ATTN: ECF Registration            ☐ PRO HAC VICE STATUS VERIFIED  ☐ ANNUAL PHV FEE PAID
Room 4209, Lockbox 18
844 N. King Street                 DATE ELECTRONIC NOTICING ACTIVATED: _____
Wilmington, DE 19801
(302) 573-6170                     ENTERED BY: _____   ☐ E-MAIL NOTICE SENT TO ATTY