AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

RIMMAX WHEELS, LLC

V.

RC COMPONENTS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  0 6    0 2 9

TO: (Name and address of Defendant)

RC Components, Inc.
373 Mitch McConnell Way
Bowling Green, Kentucky 42101



FILED
JAN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Kester I.H. Crosse, Esq.
1214 King Street
Suite 300
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JAN 1 3 2006
CLERK                                              DATE

_Evette Walker_
(By) DEPUTY CLERK

✇AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 01-19-06 @ 1:10 pm. |
| NAME OF SERVER (PRINT) William S. Ellis | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 373 Mitch McConnell Way, Bowling Green, KY. 42101  Rick Ball (owner)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-19-06
        *Date*

*Signature of Server*  Will S. Ellis

2701 N. Mill Ave, Suite 72, Bowling Green, KY 42104
*Address of Server*

**TACTICAL INVESTIGATIONS**
2701 N. Mill Ave Suite 72
Bowling Green, KY 42104
270-202-4200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.