IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-029 (SLR) |
| | : |
| RC COMPONENTS, INC., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on April 28, 2006, copies of the Defendant's Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1) were served in the manner indicated, upon the parties identified on the attached service list.

Dated: April 28, 2006          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        /s/ Curtis S. Miller
                               William H. Sudell, Jr. (No. 463)
                               Curtis S. Miller (No. 4583)
                               1201 N. Market Street
                               P.O. Box 1347
                               Wilmington, DE 19899-1347
                               (302) 658-9200

                               Counsel for Defendant RC Components, Inc.

518048

## SERVICE LIST

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

**BY FIRST CLASS U.S. MAIL**

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507