## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

May 15, 2006

Kester I.H. Crosse, Esquire
1214 King Street
Wilmington, DE 19801

      Re: **RiMMax Wheels LLC v. RC Componets Inc.,**
           **Civ. No. 06-29-SLR**

Dear Mr. Crosse:

    I have considered your request to allow outside counsel direct access to the Court's EC/CMF filing system. Given the exceptional circumstances outlined, direct access for this case only will be permitted and must be coordinated through the Clerk's Office.

                                    Cordially,

                                      Sue L. Robinson

cc: Anne T. Sulton, Esquire
      Clerk of Court