IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>          v.<br><br>RC COMPONENTS, INC., a Kentucky corporation,<br><br>          Defendant. | C.A. No. 06-029 (SLR) |

## MOTION OF DEFENDANT RC COMPONENTS, INC., TO TRANSFER PROCEEDING

Defendant RC Components, Inc. ("RC"), hereby moves pursuant to 28 U.S.C. § 1404(a), for an order transferring this proceeding to the United States District Court for the Western District of Kentucky. The grounds for entering an order transferring this proceeding are set forth in the contemporaneously filed Brief in Support of Motion of Defendant RC Components, Inc., to Transfer Proceeding.

Dated: June 14, 2006

MORRIS NICHOLS ARSHT & TUNNELL LLP

_/s/_____
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 6258)
1201 N. Market Street
Wilmington, DE 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

Attorneys for Defendant,
RC Components, Inc.

520408