IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC, a Delaware limited
liability company,

        Plaintiff,

        v.

RC COMPONENTS, INC., a Kentucky
corporation,

        Defendant.

C.A. No. 06-029 (SLR)

## ORDER GRANTING MOTION TO TRANSFER PROCEEDING (RE: D.I.____)

Upon consideration of the Motion of Defendant RC Components, Inc. ("RC") to Transfer Proceeding (D.I. ____) (the "Motion")[1] and the Brief in Support (D.I. ____), requesting an Order pursuant to 28 U.S.C. § 1404 of the United States Code; and upon all other documentation filed in connection with the Motion; and it appearing that no further notice is required; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The above-captioned proceeding is hereby transferred to the United States

---

[1]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

District Court for the Western District of Kentucky.

Dated:  Wilmington, Delaware
_____, 2006

_____

THE HONORABLE SUE L. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

520408

3