## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Motion Of Defendant RC Components, Inc., To Transfer Proceeding**, was caused to be made on June 14, 2006, in the manner indicated upon the entities listed below.

Date: June 14, 2006

_____
Curtis S. Miller (No. 4583)

### BY HAND DELIVERY

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

### BY FIRST CLASS U.S. MAIL

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507