**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC, a Delaware )
limited liability company, )
)
        Plaintiff, )
)
v. )  C.A. No. 06-029 (SLR)
)
RC COMPONENTS, INC., )
a Kentucky corporation, )
)
        Defendant. )

## AFFIDAVIT OF JIM COOPER

State of Kentucky        )
)
Warren County        )

    I, Jim Cooper, being duly sworn according to law, hereby deposes and states as follows:

    1.    At all times relevant to this matter, I was the sales manager of RC Components, Inc. ("RC"). I am no longer an employee of RC.

    2.    I am a resident and citizen of the State of Kentucky.

    3.    Due to the inconvenience and expense of traveling to Wilmington, Delaware, under present circumstances, I will not be willing to testify at trial if it is held in Wilmington, Delaware.

4. I have personal knowledge of the facts stated herein and am willing to testify thereto.

_____
Jim Cooper

SWORN TO AND SUBSCRIBED before me this 31 day of May, 2006.

_____
Notary Public

My Commission Expires: 4-21-09

522083