**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-029 (SLR) |
| RC COMPONENTS, INC., a Kentucky corporation, | ) ) ) | |
| Defendant. | ) ) | |

## AFFIDAVIT OF CHARLES SKARSAUNE

| | |
|---|---|
| State of Kentucky | ) ) |
| Warren County | ) |

I, Charles Skarsaune, being duly sworn according to law, hereby deposes and states as follows:

1.     At all times relevant to this matter, I was the mechanical engineer and designer of the spinners wheels at RC Components, Inc. ("RC"). I am no longer an employee of RC.

2.     I am a resident and citizen of the State of Kentucky.

3.     Due to the inconvenience and expense of traveling to Wilmington, Delaware, under present circumstances, I will not be willing to testify at trial if it is held in Wilmington, Delaware.

4.    I have personal knowledge of the facts stated herein and am willing to testify thereto.

Charles Skarsaume

SWORN TO AND SUBSCRIBED before me this 12 day of May, 2006.

Notary Public

My Commission Expires: 4-21-09

522089

- 2 -