**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC, a Delaware )
limited liability company, )
)
Plaintiff, )
)
v. )    C.A. No. 06-029 (SLR)
)
RC COMPONENTS, INC., )
a Kentucky corporation, )
)
Defendant. )

## AFFIDAVIT OF RICK BALL

State of Kentucky )
)
Warren County )

I, Rick Ball, being duly sworn according to law, hereby deposes and states as

follows:

1.    I am the founder and owner of RC Components, Inc. ("RC").

2.    I am a resident and citizen of the State of Kentucky. At all relevant times

to this litigation, neither myself nor my employees, to the best of my knowledge, traveled to

Delaware to conduct business.

3.    RC has no employees, stores, or files in the State of Delaware. RC does

ship some of the products it manufactures to retailers in Delaware, but these retailers are

independent third-parties that are not subject to control by RC.

4.    Based on the location of its assets, files, and employees in Kentucky, it

would be a significant financial burden and highly inconvenient for RC to litigate this action in

Delaware.

5.    I have personal knowledge of the facts stated herein and am willing to testify thereto.

_Rick Ball_
Rick Ball

SWORN TO AND SUBSCRIBED before me this 15th day of May, 2006.

_Michal D Barns_
Notary Public

My Commission Expires: _____

My Commission Expires June 23, 2009

522233

- 2 -