## LOCAL RULE 7.1.1 STATEMENT

I hereby certify that counsel for RC Components, Inc., has made a reasonable effort to reach agreement with counsel for the Plaintiff concerning the subject matter of the motion but that such efforts have been unsuccessful.

_____
Curtis S. Miller (No. 4583)

June 14, 2006