IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS LLC,                          :
                                            :
            Plaintiff,                      :
                                            :
    v.                                      :    Civil Action No. 06-029 (SLR)
                                            :
RC COMPONENTS, INC.,                        :
                                            :
            Defendant.                      :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 14, 2006, copies of the Brief In Support Of Motion Of Defendant RC Components, Inc., To Transfer Proceeding (D.I. 12) were served in the manner indicated, upon the parties identified on the attached service list.

Dated: June 19, 2006                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                                       _____/s/ Curtis S. Miller_____
                                       William H. Sudell, Jr. (No. 463)
                                       Curtis S. Miller (No. 4583)
                                       1201 N. Market Street
                                       P.O. Box 1347
                                       Wilmington, DE 19899-1347
                                       (302) 658-9200

                                       Counsel for Defendant RC Components, Inc.

518048

## SERVICE LIST

### BY HAND DELIVERY

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

### BY FIRST CLASS U.S. MAIL

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507