| | | |
|---|---|---|
| LICENSE NO. 2002108820  DORBL | STATE OF DELAWARE<br>DIVISION OF REVENUE | VALID<br>01/01/03 - 12/31/03 |
| POST CONSPICUOUSLY | | NOT TRANSFERABLE |

BUSINESS CODE 396  RETAILER-VARIOUS PRODUCTS

DUE: 03 10030 13

DATE ISSUED: 03/28/03

AMOUNT PAID: $88.50

**VALIDATED**

**2003**

MAILING ADDRESS        BUSINESS LICENSE        BUSINESS LOCATION

RIMMAX WHEELS LLC
1148 PULASKI HWY #107-344
BEAR DE 19701-1306

RIMMAX WHEELS LLC
1148 PULASKI HWY #107-344
BEAR DE 19701-1306

IS HEREBY LICENSED TO PRACTICE, CONDUCT OR ENGAGE IN THE OCCUPATION OR BUSINESS ACTIVITY INDICATED ABOVE IN ACCORDANCE WITH THE LICENSE APPLICATION DULY FILED PURSUANT TO TITLE 30, DEL. CODE.

WILLIAM M REMINGTON        64827
DIRECTOR OF REVENUE

AUG 11 2003 9:02PM    HP LASERJET 3200                                          p.1
Monday, August 19, 2002 6:14 PM         RiMMax Wheels (302)292-8346    P. Mixon       PAGE 01
                                                                                       p.02

## AGREEMENT REGARDING CONFIDENTIAL INFORMATION AND INTELLECTUAL PROPERTY

42208.001

This is an Agreement between RiMMax Wheel, LLC organized under the laws of the state of Delaware (hereinafter "Owner"), and RC Components, organized under the laws of the state of Delaware having a place of business at 1300 Farmview Dr. Suite # J 35, Dover, DE 19904 (hereinafter "Recipient") RC Components, 373 Mitch McConnell Way, Bowling Green, KY 42104 (collectively the "Parties").

### AVERMENTS

Owner has developed or otherwise obtained certain confidential information and proprietary technology relating to its spinning rim for a motorcycle ("hereinafter "spinning rim").

Owner and Recipient have entered into business discussions and/or business negotiations regarding Owner's spinning rim. During the course of the discussions and/or negotiations it may be necessary that Recipient be made aware of confidential information and proprietary information belonging to Owner.

Owner does not wish to lose the confidentiality of, or diminish its rights in, the confidential information and proprietary information, and requires assurances that its rights therein will not be diminished or impaired by virtue of its dealings with Recipient. In addition, Owner requires assurances that Recipient will not unfairly take advantage of knowledge Recipient may acquire in accordance with its negotiations with Owner.

In view of the above averments and in consideration of being made aware of the confidential information and proprietary information belonging to Owner, the Recipient agrees to be bound by the terms and conditions contained below.

Accordingly, the Parties pledge and agree as follows:

### DEFINITIONS

1. "Intellectual Property" means concepts, inventions, technological developments and improvements, mask works, methods, techniques, systems, documentation, data and information (irrespective of whether in human or machine-readable form), works of authorship, and products, whether or not patentable, copyrightable, or susceptible to any other form of protection and whether or not reduced to practice.

2. "Confidential Information" and "Proprietary Information" mean any and all Intellectual Property and/or information related to the spinning rim in any way, which: (i) is provided to Recipient by Owner, whether communicated to the Recipient by the Owner in writing, orally, or in any other tangible form, (ii) is created, developed, or otherwise generated by or on behalf of Owner, (iii) concerns or relates to any aspect of Owner's business, or (iv) is, for any reason, identified by Owner as confidential or proprietary; except such information which Recipient can show, clearly and convincingly: (a) is publicly and openly known and in the public domain, (b) becomes publicly and openly known and in the public domain through no fault of Recipient, or (c) is in

NOTED FOR RECEIPT

AUG 11 2003 9:03PM    HP LASERJET 3200                                                    P.1
08/28/2002 15:31    84295277            NO DOCUMENTS
Monday, August 19, 2002 6:14 PM    RIMMax Wheels (302)292-8346                            p.03

Recipient's possession and documented prior to this Agreement, lawfully obtained by Recipient from a source other than from Owner, and not subject to any obligation of confidentiality or restrictions on use.

## TERMS AND CONDITIONS

1. All Confidential Information, Proprietary Information, and all Intellectual Property embodying or comprising Confidential Information or Proprietary Information is and shall be the sole and exclusive property of Owner. Any Intellectual Property embodying or derived from the Confidential Information or Proprietary Information, or created, conceived or first made in connection with the business discussions and/or business negotiations between Owner and Recipient shall likewise be the sole and exclusive property of Owner. Moreover, Recipient shall not take or cause any action which would be inconsistent with or tend to diminish or impair Owner's rights in Owner's Confidential Information, Proprietary Information or Intellectual Property. Further, Recipient shall not, directly or indirectly, print, copy or otherwise reproduce, in whole or in part, or embody in any product, any Confidential Information without Owner's prior written consent.

2. Confidential Information and Proprietary Information is revealed to Recipient in strict confidence, and solely for the purpose of assessing (and perhaps performing under) the business relationship. Recipient shall not use, or induce others to use, any Confidential Information or Proprietary Information for any other purpose whatsoever, nor shall it disclose or reveal any Confidential Information or Proprietary Information to anyone except those of Recipient's employees directly involved in the business relationship or business negotiations, with a specific need-to-know, and who have first agreed to be bound by the terms of this Agreement. Recipient acknowledges that in view of the nature of the Confidential Information and Proprietary Information, the geographical scope (universal), and the temporal scope (so long as information qualifies as Confidential Information or Proprietary Information hereunder), the scope of restriction on use and disclosure of the Confidential Information and the Proprietary Information are reasonable. Recipient also acknowledges that any unauthorized disclosure or use of Confidential Information or Proprietary Information would cause Owner immediate and irreparable injury or loss, such that monetary recompense may be inadequate.

3. Upon Owner's request, Recipient will deliver over to Owner all Confidential Information and Proprietary Information, as well as all documents, media, items and technology comprising, embodying, or relating to the Confidential Information and Propriety Information as well as any other documents or things belonging to Owner that may be in Recipient's possession. Recipient shall not retain any copies.

4. This Agreement may be amended only in a writing signed by Owner, and there are no other understandings, agreements, or representations, express or implied, relating to the subject matter of this agreement. If any clause or provision of this Agreement is or becomes illegal, invalid, or unenforceable, such clause or provisions shall be interpreted to call for the protection of Owner's rights to the greatest extent which is legal, valid, and enforceable, unless such clause or provision cannot be so interpreted, or a court of competent jurisdiction declines to permit such clause or provision to be so interpreted, in which case such clause or provision shall be severed and the remaining provisions of this Agreement shall continue in full force and effect. This Agreement shall

AUG 11 2003 9:04PM   HP LASERJET 3200
08/20/2002 16:31  84295277        RC COMPONENTS                   p.1
Monday, August 19, 2002 6:14 PM    RimMax Wheels (302)292-6348     p.04

be governed by and construed in accordance with the laws of the State of Delaware without reference to the principles of conflict of laws.

Signed:

[for or on behalf of RimMax Wheels, LLC.

by _____Marc C. Mathis_____
        (Type or Print Name)

_____/s/_____
        (Signature)

Title: Co-Cheif Executive officer
Date: 8/20/02

for or on behalf of RC Components

by _____Jim Cooper_____
        (Type or Print Name)

_____/s/ Jim Cooper_____
        (Signature)

Title: Sales Manager
Date: 8/20/02

**Components Inc.**

June 3, 200_

**TO DO TODAY...**

Call RC (270) 842-6000    Rim Max

| Product | Qty | Cost | Total |
|---|---|---|---|
| Spinners | 66 | 178.00 | 11,948 |
| Chrome Spinners | 14 | 70.00 | 980 |
| C-Clips | 100+ | 6.00 | 6.00 |
| Large Sleeve | 100+ | 12.50 | 1,250 |
| Spinner Bearing | 92 | 173.00 | 15,916 |
| Various End Caps | 57 | 40.00 | 2,280 |
| Chrome Caps | 22 | 10.00 | 220 |
| Inventory Sub Total | | | 32,942 |
| Raw Wheels | 58 | | |
| 17 x 3.5 | 58 | 249.00 | 14,442 |
| 17 x 5.5 | 29 | 268.00 | 7,772 |
| Inventory Sub Total | | | 22,214 |
| Inventory Sub Total | | | 55,156 |
| 3-Sets Assembled Wheels | | | 7,000 |
| Inventory Total | | | 62,156 |

373 Mitch McConnell Way • Bowling Green, KY 42101

---

Mike -

Per Our Conversation. This is a rough (± 10%) count of raw inventory. If you take the 3 sets of wheels off, you should subtract their assigned value left.

Rich



**The Finest Custom Built Performance Wheels**

# RIM - MAX WHEEL PRICING

Design time will be billed at $80.00 per hour

Design time is a one - time charge per design or part number

Production Lead time is 30 days from R C components

## Minimum Order Quantitys

Design of the spinner is a 10 piece minimum run per design with a 20 piece minimum run per set up

End - Caps are a 25 piece minimum run per Style and / or part number

## Production Run Pricing

| Description | Pricing |
| --- | --- |
| 17 x 3.50 Polished Rim ( No End-Caps ) | $415.00 |
| 17 x 5.50 Polished Rim ( No End-Caps ) | $445.00 |
| 2 End-Caps ( 1 Set ) | $90.00 |
| Spinner | $178.00 |
| Hardware For Spinner | $240.00 |
| Chrome Wheel | $140.00 |
| Chrome 2 End-Caps ( 1 Set ) | $20.00 |
| Chrome Spinner | $70.00 |
| Polished Sprocket | $40.00 |

373 Mitch McConnell Way • Bowling Green, KY 42101 • 270-842-6000 • Fax 270-842-9527
www.rccomponents.com • rcc@rccomponents.com

**RIMMAX WHEELS, LLC.**
1146 PULASKI HIGHWAY
SUITE 107-344
BEAR, DE 19701

No. 1151
62-780/312

DATE 10/9/02

PAY TO THE ORDER OF: RC Components, Inc.     $ 7227.50

Seven thousand two hundred and twenty-seven 50/100 DOLLARS

Commerce Bank
America's Most Convenient Bank
1-800-YES-2000

FOR: Rick Ball's production deposit.

Signed: Marc C. Math / [illegible]

⑈001151⑈ ⑆031207801⑆ 66 100900 1⑆     /0000722750/

---

**PNCBANK**
Cashier's Check
PNC Bank, Delaware
No. 335001246
Date 05/21/2003

Pay to the Order of: RC COMPNETS     $ 44,000.00

FORTY FOUR THOUSAND                          00/100

RIMMAX WHEELS, LLC          PNC Bank, Delaware

⑈335001246⑈ ⑆031100089⑆     560562700 3⑆     /0004400000/



