

## ABOUT US
"America's best selling brand of motorcycle wheels."

Manufacturing the finest wheels, pulleys, rotors, pulleyrotors, calipers and frames for the motorcycle industry.

Navigation: wheels, belt pulleys, pulleyrotors, brake rotors, chain sprockets, calipers/brackets, frames, rolling chassis, frontends/trees, gas tanks, oil tanks, fenders, wide tire kits, air ride systems, forward controls, drag race, rc merchandise

1-800-513-6838 | about | contact | dealers | dealer locator | tech sheets | catalog

### CNC MACHINING



State-of-the-art Machine Shop Ou... Machines Operate 24 Hours Per D... Efficient Volume Production as we... - Off Designs Wheels, Spinners, Pulleys, Rotors, Pulleyrotors, Hubs... Triple Trees, Brake Brackets, Spa... Frame Pieces

### CUSTOM WHEELS



Over 40 Wheel Styles for Drag Bi... Harleys, Customs, Sportbikes, & ... Cruisers. Availible in Spun, Cast, ... Forged Aluminum. Belt, Chain, & ... Drive. Polished or Chrome Finish. Matching Rotors, Pulleys, Sprocke... and Pulleyrotors are Available for ... Design.

### IN-HOUSE CHROMING



Highest Quality Chrome Plating Available to the Motorcycle Indust... Quality Process with Faster Delive... Time Chroming Services Provided ... Our Parts as well as Several Othe... Companies in the Motorcycle Indu...



### RC ENGINEERING

New Product Design 1 - Off Design
Implementation CAD Design CAM
Programming CNC Machining
Prototypes & Production Design &
Implementation



### RESEARCH & DEVELOPMENT

Development & Testing of New In
Technologies Development & Test
New RC Products Rolling Chassis
Assembly Complete Bike Assembl
Technical Support



### CUSTOM FRAME SHOP

(Shown - final touch-up during Qu
Control Inspection) Each Custom
is Hand-made to Order by our Hig
Experienced Frame Staff. Each is
Welded & Quality Inspected



### WAREHOUSE

Our 55,000 Square Foot. Facility
Currently Houses Well Over a Mill
Dollars in Raw and Machined Inve
As well as Numerous RC Products
also Warehouse a Small Number
Accessories From Other Manufact

Home | Contact Us | Site Map | Job Opportunities | Dealer Locator | Terms and