

| | bgchamber.com | Join | News | Events | FAQ | Directory |

Quick Access

Search Tools | Site I

**Chamber Home** | **Economy Home** | **Community Home**

## News

### October 12, 2005 – RC Components, Inc. Named 2005 Industry of the Year

RC Components, Inc. Named 2005 Industry of the Year

BOWLING GREEN, KY- Bowling Green Area Chamber of Commerce Chairperson Ann Puckett presented RC Components, Inc. with the honor of 2005 Industry of the Year today at the news conference at the Chamber.

RC Components, Inc. began in the California home of Rick Ball in 1989. In 1993 RC Component's Inc. decided to move from Los Angeles to Bowling Green, Kentucky. They manufacture after market motorcycle wheels, brakes, rotors, pulleys and frames.

The first facility in Bowling Green was about 5,000 square feet. This is where Rick purchased his first CNC mill. Rick a Barbara did all of the sales, customer service, assembly, shipping and receiving, and had one employee who handled programming and machining. RC Components, Inc. reputation began to develop in the industry and people began to they were working to produce a top-notch product. Quickly the business had outgrown its facility and expanded in 199 square feet. This expansion allowed the company to add an in-house polishing operation, which allowed them to contr wheel production. In 2000 RC Components, Inc. began producing their own forged wheels.

Their reputation continued to grow and their sales were going through the roof. Their new $2.5 million facility in the S Kentucky Industrial Park was custom built in 2001 to fit the company's explosive growth. The building contained 35,0 floor space and
provided an additional $800,000 for an in-house chroming operation. At this point RC Components, Inc. became the c wheel company to have their own chroming operation. Also, the company added an in-house frame shop to supply th demand for custom frames.

As growth continued, the company decided it was time to expand further. In 2003 RC Components, Inc. broke ground expansion totaling over $600,000. They grew in size to 56,000 square feet. Their entire product line is one of the fine and their service is second-to-none. The staff has grown to well over 100 employees and where one CNC machine on are now 18 of them running 24 hours per day. The machining department alone now stands at over $3 million in state equipment.
RC Components, Inc. is now investing another $250,000 to expand their chrome line and another $400,000 on new C These additions will help hold their position at the forefront of the motorcycle industry. Plans for a 2006 building expa the works.

RC Components, Inc. has made significant contributions to civic, charitable and community activities. RC Components yearly scholarships to the Technical College, Warren Society Commonwealth Health Free Clinic, Kids on the Block, cha and other events.

The Bowling Green Area Chamber of Commerce recognizes annually the Industry of the Year based on the following c

1. Must be a partner of the Bowling Green Area Chamber of Commerce

2. Must have had a presence in the community for a least 3 years

3. Must be civic minded and contribute to the community through management and employee involvement in civic, charitable, and community activities and endeavors

4. Must make a significant impact on the area's economy

5. Provide consistent and quality employment opportunities to the citizens of the community

6. Exhibit management principles and ethics that are reflected in total quality operations and product integrity

7. Must show continued growth and corporate investment in the community

The Industry of the Year will be honored at the Industry Appreciation Banquet on Monday, October 24, 2005 at the Sl
Center.

Related Document: News Release - RC Components 2005.doc

Related Link: http://www.bgchamber.com

Back to News & Announcements

Back to Top



Bowling Green Area Chamber of Commerce                              (270) 781-3200 Phone | (
812 State Street | P.O. Box 51                                                          in
Bowling Green, Kentucky 42102                                    Website Development I