

# Custom Wheels

**Harley/Custom Spinner Styles**

**Yamaha Sportbike Spinners**

**Kawasaki Sportbike Spinners**

**Honda Sportbike Spinners**

**Suzuki Sportbike Spinners**

# Custom Motorcycle Spinning W[heels]

Be sure and check out our line of custom motorcycle spinning w[heels]. Introducing our first spinner in 2004, we were one of the first to off[er] wheels for motorcycles and we have continued to lead the industry e[ver]. [In] 2005 we introduced the Vega and Gladiator as part of our spinner li[ne and] both have quickly become huge successes! Each spinner is made of [the highest] quality T6 aluminum available and come in chromed or polished. [Most] designs are available with a dual spinner option for that truly one-[of-a-kind] custom look. All wheels are available in the most popular sizes fo[r Harley] Davidson, customs, and sport bikes. Check out the links below or c[all 1-888-] 721-6495 for details on how you can get your set of RC Componen[ts Custom] Wheels today!

Visit our online _wheel gallery_ to see examples of what other people hav[e done with] our spinners.



Home | Contact Us | Site Map | Job Opportunities | Dealer Locator