

WITCH CITY CYCLES
11 GOODHUE ST.
Salem, MA 1970
Phone: (978) 745-6114
Fax: (978) 745-8059
Map it in MapQuest

HONDA EAST YAMAHA
620 PULASKI HWY
BEAR, DE 19701-1228
Phone: (800) 322-4120
Fax:
Map it in MapQuest

FUGIS FACTORY
38 Albe Dr. #5
NEWARK, DE 19702
Phone: (302) 738-2096
Fax: (302)SAME
Map it in MapQuest

CRAZY HORSE PERFORMANCE
1088-B SOUTH CAPEL STREET
Newark, DE 19702
Phone: (302) 369-2799
Fax: (302) 369-2755
Map it in MapQuest

TRIPLE PLATE CUSTOMS
251 BARRETT RUN PLACE
Newark, DE 19702
Phone: (302)218-1030
Fax: (302)709-2165
Map it in MapQuest

301 Cycle  
4761 Summit Bridge Rd.  
Middletown, DE 19709  
Phone: (302) 376-5115  
Fax: (302) 376-9676  
Map it in MapQuest

301 CYCLE  
4761 SUMMIT BRIDGE RD  
Middletown, DE 19709  
Phone: (302) 376-5115  
Fax: (302) 376-9676  
Map it in MapQuest

UN-EAZY KUSTOMS  
669 Dawson Dr.  
NEWARK, DE 19713  
Phone: (302) 456-9490  
Fax: (302) 456-9490  
Map it in MapQuest

EXTREME FUSION CYCLES  
35 SALEM CHURCH ROAD UNIT 80  
Newark, DE 19713  
Phone: (302) 292-3500  
Fax: (302) 292-1520  
Map it in MapQuest

HARDY'S GARAGE LOWRIDER SHOP  
900 GREENTREE RD.  
Newark, DE 19713  
Phone: (302)738-7921  
Fax: (302)738-2109  
Map it in MapQuest

BLACK CLOUD RACING  
18 KNICKERBOCKER DRIVE  
NEWARK, DE 19713-3709  
Phone: (302) 368-2843  
Fax: (302)-266-0741  
Map it in MapQuest

MIKES FAMOUS HARLEY-DAVIDSON  
2160 New Castle Blvd.

NEW CASTLE, DE 19720
Phone: (302) 658-8800
Fax: (302) 656-9958
Map it in MapQuest

KNEEDRAGGERS INC.
243 A QUIGLEY BLVD.
New Castle, DE 19720
Phone: (877)294-2920
Fax:
Map it in MapQuest