IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 06-29-SLR <br> : |
| RC COMPONENTS, INC., a Kentucky corporation, | : <br> : <br> : |
| Defendant. | : |

**ORDER**

At Wilmington this **27th** day of **June, 2006**.

IT IS ORDERED that a telephonic mediation has been set for **Monday, August 14, 2006 at 5:00 p.m. Eastern Time. Defense counsel shall organize the teleconference call.**

IT IS FURTHER ORDERED that a teleconference has been scheduled with Judge Thynge for **Tuesday, August 1, 2006 at 4:30 p.m. Eastern Time to be initiated by defense counsel.** (Due to a conflict in the Court's schedule, the time of the teleconference scheduled for August 1, 2006 has been changed from 5:00 p.m. to 4:30 p.m.). The purpose of this teleconference is to confirm whether or the mediation will proceed as scheduled, to determine whether mediation statements would be submitted, and their content, and to determine the necessity and purpose of any follow-up teleconferences. Should the mediation proceed as scheduled and statements are desired, the confidential statements shall be due on **Monday, August 7, 2006 by no later than 4:30 p.m. Eastern Time.**

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

Case 1:06-cv-00029-SLR    Document 15    Filed 06/27/2006    Page 2 of 2