**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**
_____

RIMMAX WHEELS, LLC,
a Delaware limited liability company,

       Plaintiff,

v.                                                      Civil Action 06-029-SLR

RC COMPONENTS, INC.,
a Kentucky corporation,

       Defendant.
_____

**NOTICE OF SERVICE OF**

**PLAINTIFF'S SECOND DISCOVERY REQUEST TO DEFENDANT**

**DATED JUNE 28, 2006**

---

Please take notice that on June 28, 2006, plaintiff served upon defendant its second discovery request.

Dated this 28th day of June 2006.

                                      s/ Anne T. Sulton
                                      Attorney Anne T. Sulton
                                      Attorney for Plaintiffs
                                      **Mailing Address:**
                                      Sulton Law Office
                                      Post Office Box 2763
                                      Olympia, WA 98507
                                      Telephone: (609) 468-6029
                                      E-Mail: annesulton@comcast.net

**LEAD COUNSEL:**
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney Curtis Miller, E-mail: CMiller@MNAT.com

s/Anne T. Sulton
Anne T. Sulton
