IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-029 (SLR) |
| | : | |
| RC COMPONENTS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 28, 2006, copies of the Defendant's Response To Amended Plaintiff's First Discovery Request To Defendant Dated May 27, 2006 were served in the manner indicated, upon the parties identified on the attached service list.

Dated: June 29, 2006                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP


                                                  /s/ Curtis S. Miller                   
                                                  William H. Sudell, Jr. (No. 463)
                                                  Curtis S. Miller (No. 4583)
                                                  1201 N. Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE 19899-1347
                                                  (302) 658-9200

                                                  Counsel for Defendant RC Components, Inc.

518048

## SERVICE LIST

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

**BY FIRST CLASS U.S. MAIL**

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507