**EXHIBIT A**

**Snell & Wilmer**
L.L.P.
LAW OFFICES

One Arizona Center
Phoenix, Arizona 85004-2202
(602) 382-6000
Fax (602) 382-6070
www.swlaw.com

PHOENIX, ARIZONA
TUCSON, ARIZONA
IRVINE, CALIFORNIA
SALT LAKE CITY, UTAH
DENVER, COLORADO
LAS VEGAS, NEVADA

Patrick L. Mixon (602) 382-6274
pmixon@swlaw.com

July 2, 2003

VIA FIRST CLASS MAIL
PROOF OF RECEIPT REQUESTED
AND BY FACSIMILE TO 270-842-9527

Mr. Rick Ball
c/o RC Components
373 Mitch McConnell Way
Bowling Green, Kentucky 42101

Re:   Cancellation of Remaining Spinner Motorcycle Rim Orders for
      RiMMax Wheels, LLC

Dear Mr. Ball:

My client, RiMMax Wheels, LLC, hereby cancels the remaining orders for Spinning Motorcycle Rims not completed by RC Components, as of receipt of this letter.

RiMMax Wheels engaged RC Components to manufacture, chrome, assemble and ship 54 Spinning Motorcycle Rims for various motorcycle brands, at a cost of which included: Freestyle Polished $1918.40, Freestyle Chrome $2378.40, Truth Polished $2754.40, Truth Chrome $3354.40, and Dynasty Chrome $2378.40 per set. To date, RC Components has manufactured, chromed, assembled and shipped 20 sets. In accordance with the above noted cost per set, RiMMax Wheels is to have paid RC Components a total of $52,903.20 (including shipping and additional sprockets) for the aforementioned 20 sets.

As you are aware, to date, RiMMax Wheels has delivered $84,000 payment to RC Components for payment respecting the 20 shipped sets and the remaining 34 Spinning Motorcycle Rims not yet manufactured, chromed or assembled by RC Components. Thus, the payment made by RiMMax Wheels represents an overpayment of $31,096.80, which represents the balance owed to RiMMax Wheels with this cancellation of the remaining orders.

Please send to the below address, a check in the amount of $31,096.80 made payable to RiMMax Wheels, LLC. The check may be sent to:

> RiMMax Wheels, LLC
> 1148 Pulaski Highway, Suite 107-344
> Bear, Delaware 19704

**Snell & Wilmer**
L.L.P.

Mr. Rick Ball
RC Components
July 2, 2003
Page 2

My client requests delivery of the above noted check no later than 72 hours from receipt of this letter.

I would also like to take this opportunity to remind you that under the provisions of the mutually agreed upon Non-Disclosure Agreement executed by your agent on August 20, 2002, RC Components is prohibited from unfairly taking advantage of knowledge acquired in accordance with its negotiations with RiMMax Wheels. Any Intellectual Property embodying or derived from the Confidential Information or Proprietary Information, or created, conceived or first made in connection with the business discussions and/or business negotiations between RiMMax Wheels and RC Components shall likewise be the sole and exclusive property of RiMMax Wheels. Further, RC Components shall not, directly or indirectly, print, copy or otherwise reproduce, in whole or in part, or embody in any product, any Confidential Information without RiMMax Wheels's prior written consent. Furthermore, we remind you that RC Components also acknowledges that any unauthorized disclosure or use of Confidential Information or Proprietary Information would cause RiMMax Wheels immediate and irreparable injury or loss, such that monetary recompense may be inadequate.

In addition to the above, by this document, RiMMax Wheels formally requests that RC Components deliver over to RiMMax Wheels all Confidential Information and Proprietary Information, as well as all documents, media, items (including any design documentation, masks, or manufacturing molds prepared by RC Components with respect to RiMMax Wheels Intellectual Property) and technology comprising, embodying, or relating to the Confidential Information and Propriety Information as well as any other documents or things belonging to RiMMax Wheels that may be in RC Component's possession. RC Components shall not retain any copies.

Should you have any questions, or which to discuss the above in greater detail, please do not hesitate to contract me at your earliest convenience.

Kindest regards.

Very truly yours,

Snell & Wilmer

Patrick L. Mixon

PLM/gef