IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-029 (SLR) |
| | : | |
| RC COMPONENTS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 5, 2006, copies of (i) RC Components, Inc.'s First Set Of Interrogatories To Plaintiff Rimmax Wheels, LLC; (ii) RC Components, Inc.'s First Request For Production Of Documents Directed To Plaintiff Rimmax Wheels, LLC; and (iii) RC Components, Inc.'s First Request For Admissions Directed To Plaintiff Rimmax Wheels, LLC were served in the manner indicated, upon the parties identified on the attached service list.

Dated: July 5, 2006                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                       /s/ Curtis S. Miller            
                       William H. Sudell, Jr. (No. 463)
                       Curtis S. Miller (No. 4583)
                       1201 N. Market Street
                       P.O. Box 1347
                       Wilmington, DE 19899-1347
                       (302) 658-9200

                       Counsel for Defendant RC Components, Inc.

518048

**2**

**SERVICE LIST**

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL AND ELECTRONIC MAIL**

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507