IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC,

    Plaintiff,

v.                                  C.A. No. 06-029 (SLR)

RC COMPONENTS, INC.,

    Defendant.

NOTICE OF SERVICE OF
PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS
_____

Please take notice that on July 21, 2006, plaintiff served upon defendant plaintiff's responses to defendant's request for admissions, by sending same via E-mail to defendant's attorney Curtis Miller. Paper copies also are being sent via regular U.S. Postal Service mail to defense counsel.

Dated this 24th day of July 2006.

                                              Kester I.H. Crosse [# 638]
                                              1214 King Street
                                              Wilmington, DE 19801
                                              (302) 658-3488

                                              <u>s/ Anne T. Sulton</u>
                                              Anne T. Sulton
                                              Post Office Box 2763
                                              Olympia, WA 98507
                                              (609) 468-6029

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following e-mail address:

Attorney Curtis Miller  E-mail: CMiller@MNAT.com

s/Anne T. Sulton
Anne T. Sulton
Attorney for Plaintiffs
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net
