IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-029 (SLR) |
| | : |
| RC COMPONENTS, INC., | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2006, copies of Defendant's Response to Plaintiff's Second Discovery Request To Defendant Dated June 28, 2006 were served in the manner indicated, upon the parties identified on the attached service list.

Dated: July 27, 2006                MORRIS, NICHOLS, ARSHT & TUNNELL LLP


/s/ Curtis S. Miller
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant RC Components, Inc.

518048

## SERVICE LIST

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL AND ELECTRONIC MAIL**

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507