**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**
_____

RIMMAX WHEELS, LLC,
a Delaware limited liability company,

       Plaintiff,

v.                                               Civil Action 06-029-SLR

RC COMPONENTS, INC.,
a Kentucky corporation,

       Defendant.
_____

**NOTICE OF SERVICE OF**

**PLAINTIFF'S DISCOVERY RESPONSES**

---

Please take notice that on August 15, 2006, plaintiff served upon defendant its responses to defendant's interrogatories and production requests.

Dated this 21st day of August 2006.

                                          s/ Anne T. Sulton
                                          Attorney Anne T. Sulton
                                          Attorney for Plaintiffs
                                          **Mailing Address:**
                                          Sulton Law Office
                                          Post Office Box 2763
                                          Olympia, WA 98507
                                          Telephone: (609) 468-6029
                                          E-Mail: annesulton@comcast.net

**LEAD COUNSEL:**
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney Curtis Miller, E-mail: CMiller@MNAT.com

s/Anne T. Sulton
Anne T. Sulton
