## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     Civil Action No. 06-29-SLR <br> : |
| RC COMPONENTS, INC., a Kentucky corporation, | : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **September, 2006**,

IT IS ORDERED that a continued telephonic mediation has been scheduled for **Wednesday, September 27, 2006 at 9:00 a.m. Eastern Time**. **Anne Sulton, Esquire shall organize the teleconference call.** All other provisions of the Court's August 4, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE