IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-029 (SLR) |
| | : | |
| RC COMPONENTS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on September 18, 2006, copies of RC Components, Inc.'s Second Request For Production Of Documents Directed To Plaintiff Rimmax Wheels, LLC were served in the manner indicated, upon the parties identified on the attached service list.

Dated: September 18, 2006        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 /s/ Curtis S. Miller
                                      William H. Sudell, Jr. (No. 463)
                                      Curtis S. Miller (No. 4583)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      (302) 658-9200

                                      Counsel for Defendant RC Components, Inc.

518048

## SERVICE LIST

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

**BY FIRST CLASS U.S. MAIL AND ELECTRONIC MAIL**

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA  98507