IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RC COMPONENTS, INC., a Kentucky corporation,<br><br>Defendant. | C.A. No. 06-029 (SLR) |

## NOTICE OF DEPOSITION FOR MICHAEL RIVERS, JR.

PLEASE TAKE NOTICE that RC Components, Inc. ("RC"), will take the deposition upon oral examination of Michael Rivers, Jr., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, commencing at 9:30 a.m. on September 26, 2006 at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 18th Floor, Wilmington, DE 10801. The deposition, or portions thereof by topic, may be recorded by any means permitted under the Federal Rules of Civil Procedure, including videotaping and stenographic recording. The deposition will continue from day to day until the examination is complete.

Dated: Wilmington, Delaware
       September 19, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/*

William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
Attorneys for RC Components, Inc.

537611