CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Deposition For Michael Rivers, Jr.**, was caused to be made on September 18, 2006, in the manner indicated upon the entities listed below.

Date: September 18, 2006

Curtis S. Miller (No. 4583)

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL & ELECTRONIC MAIL**

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507

537617