## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE
_____

RIMMAX WHEELS, LLC,
a Delaware limited liability company,

                Plaintiff,

v.                                        Civil Action 06-029-SLR

RC COMPONENTS, INC.,
a Kentucky corporation,

                Defendant.
_____

### NOTICE OF VIDEOTAPED DEPOSITION OF RICK BALL
_____

      PLEASE TAKE NOTICE Plaintiff RiMMax Wheels, LLC, by its counsel attorney Anne T. Sulton, per the agreement of counsel for the parties, will take the deposition upon oral examination of Rick Ball, pursuant to the Federal Rules of Civil Procedure.

      Attorney Sulton will appear by telephone. The deposition will be videotaped. Per the request of RC Components' attorney Curtis Miller, Bowling Green, Kentucky-based attorney Mike Vitale will appear with Rick Ball during the deposition.

      The deposition will begin at 2:00 PM Central Standard Time, at the offices of attorney Mike Vitale of the Wyatt, et al. law firm, located at 918 State Street, Bowling Green, Kentucky 42101. The deposition will continue from day to day until the examination is complete.

      The deposition will be taken by Pearson Court Reporting of 1327 State Street, Bowling Green, Kentucky, telephone number (270) 781-7730.

      Mr. Ball is hereby requested to bring with him to his deposition any and all documents supporting the sales and income figures he and/or Defendant RC Components provided to Plaintiff's counsel regarding spinner wheels and which were discussed during a conference telephone call on September 27, 2006.

      Dated September 27, 2006.

Plaintiff's Attorneys:

s/ Anne T. Sulton
Attorney Anne T. Sulton
Attorney for Plaintiffs
**Mailing Address:**
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507
Telephone: (609) 468-6029
E-Mail: annesulton@comcast.net

**LEAD COUNSEL:**
Kester I.H. Crosse
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney Curtis Miller, E-mail: CMiller@MNAT.com

s/Anne T. Sulton
Anne T. Sulton