IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 06-029 (SLR) |
| RC COMPONENTS, INC., | : |
|     Defendant. | : |

**STIPULATION AND ORDER EXTENDING FACT DISCOVERY CUTOFF
FOR THE DEPOSITION OF MICHAEL RIVERS, JR (RE: D.I. 8)**

WHEREFORE, defendant RC Components, Inc. ("RC") filed a notice of deposition on September 18, 2006, to depose Michael Rivers, Jr., a principal of Plaintiff, on September 26, 2006 (D.I. 27);

WHEREFORE, Plaintiff has stated that Mr. Rivers was not available for deposition on September 26, 2006, but that he would be available for deposition on October 14, 2006;

WHEREFORE, in order to accommodate Mr. Rivers's schedule, RC has agreed to take his deposition on October 14, 2006;

WHEREFORE, pursuant to the Court's Order dated May 9, 2006 (D.I. 8)(the "Order"), fact discovery ends on October 2, 2006;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, subject to approval of the Court, that the fact discovery period set forth in the Order is extended to October 20, 2006, solely for RC to take the deposition of Michael Rivers, Jr.

| WILLIAMS & CROSSE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Kester I.H. Crosse<br>Kester I.H. Crosse (No. 638)<br>1214 King Street<br>Suite 300<br>Wilmington, DE 19801<br>(302) 652-3141<br><br>Attorneys for Plaintiff<br>Rimmax Wheels, LLC | /s/ Curtis S. Miller<br>William H. Sudell, Jr. (No. 463)<br>Curtis S. Miller (No. 4583)<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br><br>Attorneys for Defendant<br>RC Components, Inc. |

SO ORDERED this ____ day of September, 2006.

_____
Chief United States District Judge

538938