## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of this notice and of the **Stipulation And Order Extending Fact Discovery Cutoff For The Deposition Of Michael Rivers, Jr. (Re: D.I. 8)** was made on September 27, 2006, in the manner indicated upon the party listed below.

Dated:    September 27, 2006
        Wilmington, Delaware

                                        Curtis S. Miller (No. 4583)

## VIA HAND DELIVERY:

Kester I.H. Crosse
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

539031