**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC                        :
                                          :
                Plaintiff,                :
                                          :
        v.                                :    Civil Action No. 06-029 (SLR)
                                          :
RC COMPONENTS, INC.,                      :
                                          :
                Defendant.                :

**ORDER GRANTING DEFENDANT RC COMPONENTS, INC.'S**
**MOTION TO COMPEL [D.I.    ]**

Upon the Motion of Defendant RC Components, Inc.'s to Compel Discovery from Plaintiff Rimmax Wheels, LLC (the "Motion"); notice of the Motion having been given to Plaintiff[1]; the Court having considered the Motion and the arguments of counsel; and sufficient cause appearing therefore;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      Plaintiff is ordered to produce the documents identified in the Motion on or before five days from the date of this order.

3.      RC is awarded its attorneys' fees and costs incurred in filing this Motion.

---

[1]      Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

4.    RC is hereby authorized to re-depose Marc C. Mathis and Michael J. Rivers, Jr.

_____
CHIEF UNITED STATES DISTRICT JUDGE

540290