**EXHIBIT E**

## Miller, Curtis

**From:** Miller, Curtis
**Sent:** Wednesday, October 04, 2006 11:19 AM
**To:** 'kesterih@aol.com'
**Cc:** Sudell, William
**Subject:** Rimmax/Rivers Deposition & Document Production

Kester,
Have you gotten a time for Rivers's deposition on the 14th? Additionally, have you obtained the documents detailed in my letter? Please be advised that due to the upcoming deadlines, if RC does not have these documents by this Friday, it intends to file a motion to compel their production. Thanks.