IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-029 (SLR) |
| RC COMPONENTS, INC., | : |
| Defendant. | : |

## NOTICE OF COMPLETION OF BRIEFING (RE: D.I. 31)

PLEASE TAKE NOTICE that briefing has been completed with regard to Defendant RC Components, Inc's Motion to Compel Production of Documents from Plaintiff Rimmax Wheels, LLC (the "Motion") (D.I. 31). Defendant RC Components, Inc. ("RC") filed the Motion on October 10, 2006, and Plaintiff's deadline to file an opposition brief was October 24, 2006. See Local Rule 7.1.2.

Plaintiff has not filed a brief in opposition to the Motion and, therefore, the relief requested in the Motion is uncontested. Accordingly, RC respectfully requests that the Court (a) enter an order substantially in the form of the proposed order attached to the Motion and (b) grant such other and further relief as the Court deems just and necessary.

Dated: October 26, 2006
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ William H. Sudell
William H. Sudell, Jr. (#463)
Curtis S. Miller (#4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
Attorneys for RC Components, Inc.