IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-029 (SLR) |
| | : | |
| RC COMPONENTS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a copy of the **Notice Of Completion Of Briefing (RE: D.I. 31)** was served upon the following individuals by electronic mail on October 26, 2006, and on October 27, 2006 in the manner indicated below:

### BY HAND DELIVERY

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

### BY FIRST CLASS U.S. MAIL

Anne T. Sulton
Sulton Law Offices
Post Office Box 2763
Olympia, WA 98507

Dated: October 27, 2006               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                           */s/ William H. Sudell, Jr.*
William H. Sudell, Jr. (No. 463)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Counsel for Defendant RC Components, Inc.

543473