**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

RIMMAX WHEELS, LLC,
a Delaware limited liability company,

      Plaintiff,

v.                                                                                    Civil Action 06-029-SLR

RC COMPONENTS, INC.,
a Kentucky corporation,

      Defendant.

---

**NOTICE OF WITHDRAWAL OF ATTORNEY ANNE T. SULTON**
**AS COUNSEL OF RECORD FOR PLAINTIFF RIMMAX WHEELS, LLC**

---

      Please take notice that Attorney Anne T. Sulton hereby notifies all parties and the Court that she is withdrawing as counsel of record for RiMMax Wheels, LLC. RiMMax Wheels, LLC continues to be represented in this action by Attorney Kester I.H. Crosse, a member of the Bar of this Court. Therefore, per Local Rule 83.7, Attorney Sulton is not required to file a motion to withdraw.

      Dated this 30th day of October 2006.

                                            s/ Anne T. Sulton
                                            Attorney Anne T. Sulton

                                            **Mailing Address:**
                                            Sulton Law Office
                                            Post Office Box 2763
                                            Olympia, WA 98507
                                            Telephone: (609) 468-6029
                                            E-Mail: annesulton@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney Curtis Miller, E-mail: CMiller@MNAT.com

I also hereby certify that on October 30, 2006, I sent a copy of this document via E-mail and U.S. Postal Service, first class postage prepaid, to:

Kester I.H. Crosse, Esq.
Delaware State Bar I.D. #638
1214 King Street, Wilmington, DE 19801
Telephone: (302) 658-3488
E-Mail: kesterih@aol.com

RiMMax Wheels, LLC
1148 Pulaski Highway
Suite 107-346
Bear, DE  19701
marccmathis@rimmaxwheels.com
mikeriversjr@yahoo.com

                                                    s/Anne T. Sulton