## CERTIFICATE OF SERVICE

I, Curtis S. Miller, Esquire., certify that I am not less than 18 years of age, and that service of the foregoing **Request Of Defendant RC Components, Inc. For Status Conference To Address Plaintiff Rimmax Wheels, LLC Failure To Produce Documents** was caused to be made on November 10, 2006, in the manner indicated upon the entities listed below.

Date: November 10, 2006

_____
Curtis S. Miller. (No. 4583)

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

545156