IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RC COMPONENTS, INC., a Kentucky corporation,<br><br>Defendant. | C.A. No. 06-029 (SLR) |

### DEFENDANT RC COMPONENTS, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant RC Components, Inc. ("RC") moves for summary judgment on all counts of Plaintiff's Complaint. The grounds for summary judgment are fully set forth in the contemporaneously filed Brief In Support Of Motion For Summary Judgment.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ William H. Sudell, Jr.

William H. Sudell, Jr. (#463)
Curtis S. Miller (#4583)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
    Attorneys for RC Components, Inc.

December 1, 2006

547605