# EXHIBIT B

# FILED SEPARATELY UNDER SEAL