# EXHIBIT G

# FILED SEPARATELY UNDER SEAL