# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>    v.<br><br>RC COMPONENTS, INC., a Kentucky corporation,<br><br>          Defendant. | C.A. No. 06-029 (SLR) |

## ORDER GRANTING DEFENDANT RC COMPONENTS, INC. SUMMARY JUDGMENT

Upon the Motion of Defendant RC Components, Inc. ("RC") for Summary Judgment (the "Motion"); and due and sufficient notice of the Motion having been given; and upon the evidence submitted in connection with the motion; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, RC is granted summary judgment on all Counts of the Complaint (D.I. 1) and the Complaint is hereby DISMISSED with prejudice.

4. The Clerk is directed to enter judgment against Plaintiff on all Counts of the Complaint. .

Dated: Wilmington, Delaware
          _____, 2006    _____
                                                                              THE HONORABLE SUE L. ROBINSON
                                                                              CHIEF UNITED STATES DISTRICT COURT JUDGE

547607