## CERTIFICATE OF SERVICE

I, Curtis S. Miller, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Defendant RC Components, Inc.'s Brief In Support Of Motion For Summary Judgment** was caused to be made on December 1, 2006, in the manner indicated upon the entities listed below.

Date: December 1, 2006

_____
Curtis S. Miller. (No. 4583)

**BY HAND DELIVERY**

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801