IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC, a Delaware     :
Limited liability company,     :
    :
        Plaintiff,     :
    :   Civil Action No. 06-029 (SLR)
        v.     :
    :
RC COMPONENTS, INC., a Kentucky     :
corporation,     :

        Defendant.


**EXHIBITS A, B, F AND G TO DEFENDANT RC COMPONENTS, INC.'S
BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
FILED UNDER SEAL**


MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (#463)
Curtis S. Miller (#4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
    Attorneys for RC Components, Inc.


December 1, 2006