IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS, LLC, a Delaware Limited liability company, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-029 (SLR) |
| v. | : | |
| | : | |
| RC COMPONENTS, INC., a Kentucky corporation, | : | |
| | : | |
| Defendant. | | |

**REDACTED VERSION OF**
**EXHIBITS A, B, F AND G TO DEFENDANT RC COMPONENTS, INC.'S**
**BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**


MORRIS, NICHOLS, ARSHT & TUNNELL LLP
William H. Sudell, Jr. (#463)
Curtis S. Miller (#4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
    Attorneys for RC Components, Inc.


Redacted Filing Date:  December 8, 2006
Original Filing Date:  December 1, 2006