# EXHIBIT F

*Faxed - 4-30-03*    *602-582-6070 Fax*



The Finest Custom Built Performance Wheels

*ATTN: Patrick*

| Order | Cust | Bike | Quantity | Design | Ship By |
|---|---|---|---|---|---|
| | | 2K Busa | 1 | Freestyle | 5/9/2003 |
| | | 2K Busa | 1 | Truth | 5/9/2003 |
| | | 2K Busa | 1 | Dynasty | 5/9/2003 |
| | REDACTED | 2K Busa | 1 | Dynasty | 5/9/2003 |
| | | 2001 Busa | 1 | Dynasty | 5/9/2003 |
| | | 2001 Busa | 1 | Dynasty | 5/9/2003 |
| | | 2002 Busa | 1 | Freestyle | 5/9/2003 |
| | | 2000 Busa | 10 | Freestyle | 5/16/2003 |
| | | 2000 Busa | 5 | Dynasty | 5/16/2003 |
| | | 2002 GSXR600 | 1 | Dynasty | 5/23/2003 |
| | | 2003 Busa | 1 | Truth | 5/23/2003 |
| | | 2002 ZX-12 | 1 | Dynasty | 5/23/2003 |
| | | 2001 ZX-12 | 1 | Dynasty | 5/23/2003 |
| | | 2002 ZX-12 | 1 | Freestyle | 5/23/2003 |
| | | 2002 ZX-12 | 1 | Freestyle | 5/23/2003 |
| | | 2002 ZX-12 | 4 | Freestyle | 5/23/2003 |
| | | 2002 ZX-12 | 3 | Freestyle | 5/23/2003 |
| | | 2002 GSXR750 | 1 | Dynasty | 5/30/2003 |
| | | 2002 GSXR1000 | 1 | Freestyle | 5/30/2003 |
| | | 2003 GSXR1000 | 1 | Freestyle | 5/30/2003 |
| | | 2002 GSXR750 | 1 | Dynasty | 5/30/2003 |
| | | 2003 GSXR1000 | 1 | Dynasty | 5/30/2003 |
| | | 2001 GSXR750 | 1 | Freestyle | 5/30/2003 |
| | | 2003 GSXR1000 | 1 | Truth | 5/30/2003 |
| | | 2002 GSXR750 | 1 | Truth | 5/30/2003 |
| | | 2001 GSXR1000 | 1 | Freestyle | 5/30/2003 |
| | | 2002 GSXR1000 | 1 | Freestyle | 5/30/2003 |
| | | 2002 GSXR1000 | 1 | Dynasty | 5/30/2003 |
| | | 1991 R1 | 1 | Freestyle | 6/6/2003 |
| | | 1999 Yamaha R1 | 1 | Freestyle | 6/6/2003 |
| | | 2003 Yamaha R1 | 1 | Freestyle | 6/6/2003 |
| | | 1998 Yamaha R1 | 1 | Dynasty | 6/6/2003 |
| | | 98 R1 | 1 | ??? | 6/6/2003 |
| | | 2001 Yamaha R1 | 1 | Freestyle | 6/6/2003 |
| | | 2002 Yamaha R1 | 1 | Freestyle | 6/6/2003 |
| | | 2003 Yamaha R1 | 1 | Freestyle | 6/6/2003 |

REDACTED

additional bikes will not start until 6/1
but RC should catch up to schedule by 6/6
sly are a long lead item (4-6 weeks)

ch McConnell Way • Bowling Green, KY 42101 • 270-842-6000 • Fax 270-842-9527
www.rccomponents.com • rcc@rccomponents.com

RC00017