IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC,
a Delaware limited liability company,

    Plaintiff,

v.                                                            CIVIL ACTION NO. 06-029-SLR

RC COMPONENTS, INC.,
a Kentucky corporation,

    Defendant.

_____

**ORDER RE PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**
_____

    Plaintiff filed a motion requesting an extension of time to file its brief in opposition to defendant's motion for summary. The Court being advised of the premises,

    IT IS HEREBY ORDERED that the motion is granted. Plaintiff's brief in opposition to defendant's motion for summary judgment must be filed on or before December 29, 2006.

    IT IS FURTHER ORDERED that the trial date of March 2007 is hereby vacated and will be re-set by the Court.

    DATED: _____

                                                            BY THE COURT:

                                                            _____