# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

RIMMAX WHEELS, LLC, a Delaware
Limited liability company,

         Plaintiff,

  v.

RC COMPONENTS, INC., a Kentucky
corporation,

         Defendant.

**SUBPOENA IN A CIVIL CASE**

Civil Action No. 06-029 (SLR)

To: **Belfint, Lyons & Shuman, P.A.**

| | |
|---|---|
| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
| PLACE OF TESTIMONY | COURTROOM |
| | DATE AND TIME |
| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a Federal Rules of Civil Procedure 30(b)(6) deposition in the above case: | |
| PLACE OF DEPOSITION | DATE AND TIME |
| ☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All tax returns, financial statements, profit and loss statements, bank records, balance sheets, and any other documents relating to Rimmax Wheels LLC's financial condition for each of the years 2002-2006. | |
| PLACE | DATE AND TIME |
| Morris Nichols Arsht & Tunnell LLP, P.O. Box 1347, 1201 N. Market St., Wilmington, DE 19899-1347 (Attn: Curtis S. Miller, Esq.) | December 29, 2006 at 4:00 p.m. |
| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT | DATE |
|---|---|
| [signature] Attorney for Defendant | December 20, 2006 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | TELEPHONE |
| Curtis S. Miller (#4583)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 | (302) 658-9200 |