**Pdf is no longer available**