IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRIC TOF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 06-029 (SLR) |
| RC COMPONENTS, INC., a Kentucky corporation, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR A TWO-DAY EXTENSION TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULES**

Comes now the Plaintiff, by its counsel Kester I.H. Crosse, Esq. and respectfully moves this Honorable Court for a two-day extension to file Plaintiff's response to Defendant's motion for summary judgment.

I hereby certify I complied with our local rules and contacted opposing counsel. Defendant's attorney, Curtis Miller, does not oppose this motion as long as he has two additional days to file Defendant's reply brief.

The basis for this request is that I am experiencing some unexpected technical difficulties as I complete the preparation for proper filing of Plaintiff's brief in opposition to Defendant's motion for summary judgment. These technical issues are being resolved. However, this is requiring more time to resolve than originally anticipated.

Therefore, Plaintiff respectfully requests a two-day extension, allowing it to file the response brief on January 26, 2007. Plaintiff also requests that Defendant be given a two-day extension.

Respectfully submitted this 24th day of January 2007.

*[signature]*
Kester I.H. Crosse, Esq. #638

Williams and Crosse
1214 King Street
Wilmington, DE 19801
(302) 658-3488

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Attorney Curtis Miller E-mail: CMiller@MNAT.com

*[signature]*
Kester I.H. Crosse, Esq. #638

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRIC TOF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS, LLC, a Delaware limited liability company | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 06-029 (SLR) |
| RC COMPONENTS, INC., a Kentucky corporation, | ) ) ) | |
| Defendant. | ) | |

### ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR A TWO-DAY EXTENSION TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Based upon the Plaintiff's motion for a two-day extension to file Plaintiff's brief in opposition to Defendant's motion for summary judgment, and the Court being advised of its premises,

IT IS HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff must file its brief on or before January 26, 2007. Defendant also is granted two additional days to file its reply brief.

Dated: _____

BY THE COURT:

_____