## CERTIFICATE OF SERVICE

I, Curtis S. Miller, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Reply Brief In Support Of Defendant RC Components, Inc.'s Motion For Summary Judgment** was caused to be made on February 5, 2007, in the manner indicated upon the entities listed below.

### BY HAND DELIVERY

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE 19801

Date: February 5, 2007

_____
Curtis S. Miller. (No. 4583)

726186.1