IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RIMMAX WHEELS, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-029 (SLR) |
| | : | |
| RC COMPONENTS, INC., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF COMPLETION OF BRIEFING ON DEFENDANT
RC COMPONENT INC.'S MOTION FOR SUMMARY JUDGMENT [D.I. 37]**

PLEASE TAKE NOTICE that briefing has been completed with regard to Defendant RC Components, Inc's Motion For Summary Judgment (the "Motion") (D.I. 37). Defendant RC Components, Inc. ("RC") filed the Motion on December 1, 2006, and Plaintiff's deadline to file an opposition brief was December 15, 2006. See Local Rule 7.1.2.

PLEASE TAKE FURTHER NOTICE that the following pleadings have been filed in connection with the Motion:

1. Defendant RC Components, Inc.'s Motion For Summary Judgment (D.I. 37, Filed 12/1/06);

2. Defendant RC Components, Inc.'s Brief In Support Of Motion For Summary Judgment (D.I. 38, Filed 12/1/06);

3. Motion For Extension Of Time To File Plaintiff's Brief In Opposition To Defendant's Motion For Summary Judgment And Certification Of Compliance With Local Rule 7.1.1 (D.I. 41, Filed 12/14/06);

4. Defendant RC Components, Inc.'s Response To Motion Of Plaintiff For Extension Of Time To File Plaintiff's Brief In Opposition To Defendant's Motion For Summary Judgment (D.I. 42, Filed 12/14/06);

5. Plaintiff's Unopposed Motion For A Two-Day Extension To File Response To Defendant's Motion For Summary Judgment And Certification Of Compliance With Local Rules (D.I. 47, Filed 1/24/07);

6. Plaintiff's Brief In Opposition To Brief In Opposition To Defendant's Motion For Summary Judgment (D.I. 48, Filed 1/26/07); and

7. Defendant RC Components, Inc.'s Reply Brief In Support Of Motion For Summary Judgment (D.I. 50, Filed 2/5/07).

WHEREFORE, undersigned counsel respectfully submits that briefing on the Motion is now complete and ready for disposition by the Court.

Dated: February 5, 2007
　　　　Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Curtis S. Miller
William H. Sudell, Jr. (#463)
Curtis S. Miller (#4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
Attorneys for RC Components, Inc.

726213.1

**CERTIFICATE OF SERVICE**

I, Curtis S. Miller, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Completion Of Briefing On Defendant RC Components, Inc.'s Motion For Summary Judgment** was caused to be made on February 5, 2007, in the manner indicated upon the entities listed below.

**BY HAND DELIVERY**
Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

Date:  February 5, 2007              /s/ Curtis S. Miller
                                      Curtis S. Miller. (No. 4583)

726213.1