**WILLIAMS & CROSSE**
ATTORNEYS AT LAW
1214 KING STREET
WILMINGTON, DELAWARE 19801

LEONARD L. WILLIAMS - RETIRED
KESTER I. H. CROSSE

February 9, 2007

TELEPHONE NUMBERS:
(302) 652-3141
(302) 658-3488
FAX (302) 652-3034

Hand Delivered

Clerk
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re: Rimmax Wheels, LLC vs. RC Components, Inc.
        C.A. No. 06-029 (SLR)

Dear Sir/Madam:

    Please find enclosed herein original signature and notarized Affidavit of Michael Rivers which is to be a part of the Plaintiff's Brief In Opposition to Defendant's Motion for Summary Judgment filed by the Plaintiffs on January 26, 2007.

                        Very truly yours,

                        Kester I.H. Crosse

KIHC/kj
Enclosure

cc: Curtis S. Miller, Esquire/ with copy of enclosure