# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

CURTIS S. MILLER
302 351 9412
302 425 3080 FAX
cmiller@mnat.com

February 14, 2007

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> Re:    Rimmax Wheels, LLC v. RC Components, Inc.,
>        Civil Action No. 06-029

Dear Chief Judge Robinson:

This firm is counsel to Defendant RC Components, Inc. ("RC") in the above-referenced action.

I write to bring to the Court's attention an argument in the Reply Brief in Support of Defendant RC Components, Inc.'s Motion for Summary Judgment (the "Reply Brief") that is no longer applicable in light of Plaintiff's filing of a sworn and executed copy of the Affidavit of Michael Rivers (the "Rivers Affidavit"), on February 9, 2007.[1]  Because Plaintiff initially filed an unexecuted and unsworn copy of the Rivers Affidavit with the Opposition, RC argued in the Reply Brief that the Court should disregard the Rivers Affidavit.

Although filed after Plaintiff's deadline to file the Opposition, Plaintiff's corrective February 9 filing makes RC's argument on this issue in pages 1 and 2 of the Reply Brief no longer applicable.

---

[1]    Plaintiff filed the Rivers Affidavit in connection with its Brief in Opposition to Defendant's Motion for Summary Judgment (the "Opposition").

The Honorable Sue L. Robinson
February 13, 2007
Page 2

        If Your Honor has any questions with regard to the foregoing, please feel free to contact me.

                      Respectfully submitted,

                      Curtis S. Miller

cc: Kester Crosse, Esq.


739962.2