## CERTIFICATE OF SERVICE

I, Curtis S. Miller, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **RC Components, Inc.'s Opposition To Plaintiff's Motion In Limine** was caused to be made on February 21, 2007, in the manner indicated upon the entities listed below.

### BY HAND DELIVERY

Kester I.H. Crosse, Esq.
Williams & Crosse
1214 King Street
Suite 300
Wilmington, DE  19801

Date:  February 21, 2007            /s/ Curtis S. Miller
                                     Curtis S. Miller. (No. 4583)

549216