IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-029-SLR |
| | ) |
| RC COMPONENTS, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 21st day of February, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion in limine (D.I. 53) is denied as moot.

2. Plaintiff's motion in limine (D.I. 55) is denied as moot.

3. Defendant's motion for summary judgment (D.I. 37) is granted. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

                                                            _/s/ Sue L. Robinson_
                                                            United States District Judge