IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIMMAX WHEELS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-29-SLR |
| RC COMPONENTS, INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of February 21, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant RC Components, Inc. and against plaintiff RiMMax Wheels LLC.

_____
United States District Judge

Dated: February 22, 2007

_____
(By) Deputy Clerk