**REVIEWED**
*By Larisha Davis at 12:13 pm, Jun 26, 2007*

CLOSED, PaperDocuments

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00029-SLR**
**Internal Use Only**

RiMMax Wheels LLC v. RC Components Inc          Date Filed: 01/13/2006
Assigned to: Honorable Sue L. Robinson          Date Terminated: 02/23/2007
Cause: 28:1332 Diversity-Contract Dispute        Jury Demand: Plaintiff
                                                 Nature of Suit: 190 Contract: Other
                                                 Jurisdiction: Diversity

**Plaintiff**

**RiMMax Wheels LLC**                    represented by    **Anne T. Sulton**
*a Delaware limited liability company*                      Sulton Law Offices
                                                            P. O. Box 2763
                                                            Olympia, WA 98507
                                                            (609) 468-6029
                                                            Email: annesulton@comcast.net
                                                            *TERMINATED: 10/30/2006*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kester I.H. Crosse**
                                                            Kester I.H. Crosse, Esq.
                                                            1214 King Street
                                                            Wilmington, DE 19801
                                                            302-658-3488
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Anne T. Sulton**
                                                            Pro Hac Vice
                                                            Email: annesulton@comcast.net
                                                            *TERMINATED: 05/16/2006*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RC Components Inc**                    represented by    **William H. Sudell, Jr.**
*a Kentucky corporation*                                    Morris, Nichols, Arsht & Tunnell
                                                            1201 North Market Street
                                                            P.O. Box 1347
                                                            Wilmington, DE 19899
                                                            (302) 351-9284
                                                            Fax: (302) 425-4685
                                                            Email: wsudell@mnat.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Curtis S. Miller**
                                                            Morris, Nichols, Arsht & Tunnell
                                                            1201 North Market Street
                                                            P.O. Box 1347
                                                            Wilmington, DE 19899

| | | |
|---|---|---|
| | | 10/30/2006) |
| 11/10/2006 | ⬤35 | REQUEST for Oral Argument by RC Components Inc. (Attachments: # 1 Certificate of Service# )(Miller, Curtis) Modified on 11/13/2006 (fmt, ). (Entered: 11/10/2006) |
| 11/10/2006 | ✖ ⬤36 | SEALED EXHIBIT A to 35 Request for Oral Argument by RC Components Inc. (fmt) (Entered: 11/13/2006) |
| 11/13/2006 | ⬤ | CORRECTING ENTRY: The sealed exhibit attached to D.I. 35 has been docketed as a separate entry. Sealed and public filings should not be docketed within the same docket entry. The sealed exhibit A to D.I. 35 is now docketed as D.I. 36. (fmt) (Entered: 11/13/2006) |
| 12/01/2006 | ⬤37 | MOTION for Summary Judgment - filed by RC Components Inc. (Attachments: # 1 Certificate of Service)(Miller, Curtis) (Entered: 12/01/2006) |
| 12/01/2006 | ⬤38 | OPENING BRIEF in Support re 37 MOTION for Summary Judgment *Defendant RC Components, Inc.'s Brief In Support Of Motion For Summary Judgment* filed by RC Components Inc.Answering Brief/Response due date per Local Rules is 12/18/2006. (Attachments: # 1 Exhibit A (Filed Separately Under Seal)# 2 Exhibit B (Filed Separately Under Seal)# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F (Filed Separately Under Seal)# 7 Exhibit G (Filed Separately Under Seal)# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Certificate of Service)(Miller, Curtis) (Entered: 12/01/2006) |
| 12/01/2006 | ✖ ⬤39 | SEALED EXHIBIT re 38 Opening Brief in Support,, *Exhibits A, B, F And G To Defendant RC Components, Inc.'s Brief In Support Of Motion For Summary Judgment Filed Under Seal* by RC Components Inc. (Miller, Curtis) (Entered: 12/01/2006) |
| 12/08/2006 | ⬤40 | REDACTED VERSION of 39 Exhibit to a Document *Redacted Version Of Exhibits A, B, F And G To Defendant RC Components, Inc.'s Brief In Support Of Motion For Summary Judgment* by RC Components Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit F# 4 Exhibit G# 5 Certificate of Service)(Miller, Curtis) (Entered: 12/08/2006) |
| 12/14/2006 | ⬤41 | MOTION for Extension of Time to File Response/Reply as to 37 MOTION for Summary Judgment - filed by RiMMax Wheels LLC. (Attachments: # 1 proposed order)(fmt) (Entered: 12/14/2006) |
| 12/14/2006 | ⬤ | Set Deadlines/Hearings: Status Conference set for 12/19/2006 03:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (re D.I. 35) (rld) (Entered: 12/14/2006) |
| 12/14/2006 | ⬤42 | RESPONSE to Motion re 41 MOTION for Extension of Time to File Response/Reply as to 37 MOTION for Summary Judgment filed by RC Components Inc. (Attachments: # 1 Certificate of Service)(Miller, Curtis) (Entered: 12/14/2006) |
| 12/18/2006 | ⬤ | (Court only) ***Deadlines terminated. (rld) (Entered: 12/18/2006) |
| 12/19/2006 | ⬤ | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 12/19/2006. (Court Reporter V. Gunning.) (rld) (Entered: 12/20/2006) |
| 12/29/2006 | ⬤43 | MOTION to Quash Subpoena Served on Non-Party - filed by RiMMax Wheels LLC. (Attachments: # 1 Subpoena)(fmt) (Entered: 01/04/2007) |
| 01/08/2007 | ⬤ | Set Deadlines/Hearings: Discovery Conference set for 1/10/2006 08:30 AM in Courtroom 6B before Honorable Sue L. Robinson. (rld) (Entered: 01/08/2007) |
| 01/08/2007 | ⬤44 | TRANSCRIPT of Discovery Conference held on 12/19/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt) (Entered: 01/08/2007) |
| 01/09/2007 | ⬤45 | MEMORANDUM ORDER, Motions terminated: denying 11 MOTION to Transfer Case to U.S. District Court for the Western District of Kentucky filed by RC |