OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

William H. Sudell, JR., ESQ.
Morris, Nichols, Arsht & Tunnell
Email:wsudell@mnat.com

RE: **RiMMax Wheels LLC v. RC Components Inc..**
Civ. No. 06-cv-29-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    36,39.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk
By: [signature]

I hereby acknowledge receipt of the above mentioned documents on ___87520___.

___[signature]___
Signature